IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Midwest Operating Engineers Welfare Fund; Midwest Operating Engineers Pension Trust Fund; Midwest Operating Engineers Retirement Enhancement Fund; Operating Engineers Local 150 Apprenticeship Fund; Local 150 IUOE Vacation Savings Plan; Construction Industry Research and Service Trust Fund; and International Union of Operating Engineers, Local 150, AFL-CIO, | ) ) ) ) ) ) ) ) ) | Case No. 20-CV-2685 Judge: Mary M. Rowland |
| Plaintiffs, | ) ) | Magistrate: M. David Weisman |
| v. | ) ) | |
| Wright Concrete Recycling, Inc., a dissolved Illinois Corporation, Black Dirt, Inc., and Steven R. Wright, Individually, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Midwest Operating Engineers Welfare Fund; Midwest Operating Engineers Pension Trust Fund; Midwest Operating Engineers Retirement Enhancement Fund; Operating Engineers Local 150 Apprenticeship Fund; Local 150 IUOE Vacation Savings Plan; Construction Industry Research and Service Trust Fund; and International Union of Operating Engineers, Local 150, AFL-CIO, voluntarily dismiss this action against Defendants Wright Concrete Recycling, Inc., Black Dirt, Inc., and Steven R. Wright without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: July 15, 2020
Respectfully submitted,

By: __s/ Brad H. Russell__
One of the Attorneys for the Plaintiffs

Attorneys for the Funds and CRF:
Dale D. Pierson *(dpierson@local150.org)*
Brad H. Russell *(brussell@local150.org)*
Institute for Worker Welfare, P.C.
6140 Joliet Road
Countryside, IL 60525
Ph: (708) 579-6669
Fx: (708) 588-1647

Attorneys for Local 150:
Dale D. Pierson *(dpierson@local150.org)*
Brad H. Russell *(brussell@local150.org)*
Local 150 Legal Dept.
6140 Joliet Road
Countryside, IL 60525
Ph: (708) 579-6663
Fx: (708) 588-1647

## CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that on July 15, 2020, he electronically filed the foregoing *Plaintiffs' Notice of Voluntary Dismissal* which sent notice to the following:

Daniel V. Kinsella *(dkinsella@clarkhill.com)*<br>
Amelia Susan Newton *(anewton@clarkhill.com)*<br>
Clark Hill PLC<br>
130 E. Randolph St.<br>
Suite 3900<br>
Chicago, IL 60601

By:    s/ Brad H. Russell
        One of the Attorneys for Plaintiffs

| Attorneys for the Funds and CRF: | Attorneys for Local 150: |
|---|---|
| Dale D. Pierson *(dpierson@local150.org)* | Dale D. Pierson *(dpierson@local150.org)* |
| Brad H. Russell *(brussell@local150.org)* | Brad H. Russell *(brussell@local150.org)* |
| Institute for Worker Welfare, P.C. | Local 150 Legal Dept. |
| 6140 Joliet Road | 6140 Joliet Road |
| Countryside, IL 60525 | Countryside, IL 60525 |
| Ph: (708) 579-6669 | Ph: (708) 579-6663 |
| Fx: (708) 588-1647 | Fx: (708) 588-1647 |